## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS CAJIGAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-01808 |
| | ) |
| DIRECT RECOVERY SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, Dennis Cajigas ("Plaintiff"), and Defendant, Direct Recovery Services, LLC ("Defendant"), have reached a settlement in the above-captioned action. The Parties anticipate filing a Notice of Voluntary Dismissal once settlement documents are finalized and executed. Plaintiff therefore respectfully requests thirty (30) days in order to execute settlement documents and file the corresponding Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: April 14, 2021

/s/ Adam T. Hill
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
P: (657) 236-3525
E: Adamh@jlohman.com
*Attorney for Plaintiff*

### CERTIFICATE OF FILING

I hereby certify that on April 14, 2021, a true and correct copy of the foregoing was filed using the Court's CM/ECF system for filing.

/s/ Adam T. Hill
Adam T. Hill